## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JANICE BURRELL; GLADYS FULLER;) <br> WILLIE AND SHIRLEY CHANEY; ) <br> ANGELA TARDIE; ROBERT AND ) <br> DEBORAH COBURN; AND WILLIE ) <br> AND LISA MITCHELL ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, ) <br> ) <br> ) <br>     Defendant. ) | CASE NUMBER: 07-623-KD |

### NOTICE OF APPEARANCE

James D. Patterson requests this Honorable Court enter his name as additional counsel for Plaintiff in the above related causes.

James D. Patterson

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 (voice)
251.990.0626 (fax)
jpatterson@alalaw.com