%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Sept. 14, 2007 |
| NAME OF SERVER (PRINT) Denise Lehrer | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　Sept. 17, 2007　　*Denise Lehrer*
　　　　　　　Date　　　　　　　Signature of Server

PO Box 969　Fairhope AL　36533
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.