| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ A.B.　☐ Agent　☐ Addressee<br>B. Received by (Printed Name) JAMES S. BELLAMY　C. Date of Delivery |
| 1. Article Addressed to:<br><br>Ameriquest Mortgage Company<br>c/o National Registered Agents, Inc.<br>150 S Perry St<br>Montgomery AL 36104-4227 | D. Is delivery address different from item 1?　☐ Yes<br>If YES, enter delivery address below:　☐ No<br><br>3. Service Type<br>☒ Certified Mail　☐ Express Mail<br>☐ Registered　☒ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 3936 1804 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540