# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JANICE BURRELL; GLADYS FULLER; WILLIE AND SHIRLEY CHANEY; ANGELA TARDIE; ROBERT AND DEBORAH COBURN; AND WILLIE AND LISA MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | CASE NUMBER<br><br>1:07-cv-00623-KD-M |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the defendant, Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiffs Janice Burrell, Gladys Fuller, Willie and Shirley Chaney, Angela Tardie, Robert and Deborah Coburn, and Willie and Lisa Mitchell. Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

1608182 v1

Respectfully submitted,


s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com


**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Kenneth J. Riemer, Esq.
>P.O. Box 1206
>Mobile, Alabama  36633
>
>Earl P. Underwood, Jr., Esq.
>James D. Patterson, Esq.
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>Fairhope, Alabama 36533-0969

s/ Stephen J. Bumgarner
OF COUNSEL