IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANICE BURRELL; GLADYS FULLER; WILLIE AND SHIRLEY CHANEY; ANGELA TARDIE; ROBERT AND DEBORAH COBURN; AND WILLIE AND LISA MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | CASE NUMBER<br><br>1:07-cv-00623-KD-M |

**CORPORATE DISCLOSURE STATEMENT**
**OF AMERIQUEST MORTGAGE COMPANY**

The undersigned counsel of record for defendant Ameriquest Mortgage Company hereby certifies that the defendant's parent company is ACC Capital Holdings Corporation. No publicly held company owns 10% or more of Ameriquest Mortgage Company. The undersigned makes these representations in order for the Judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

1608519 v1

                                                  Attorney for Defendant
                                                  Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com


## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

                    Kenneth J. Riemer, Esq.
                    P.O. Box 1206
                    Mobile, Alabama  36633

                    Earl P. Underwood, Jr., Esq.
                    James D. Patterson, Esq.
                    Law Offices of Earl P. Underwood, Jr.
                    P.O. Box 969
                    Fairhope, Alabama 36533-0969

                                  s/ Stephen J. Bumgarner
                                  OF COUNSEL