ACC

August 15, 2007                                                                                          *Via Federal Express*

Kenneth J. Riemer, Esq.
166 Government Street, Suite 100
Mobile, Alabama 36602

Re:   **Borrower:**                                          *Janice Burrell*
      **Ameriquest Loan Number Ending In:**   *xxxxxx6229*
      **Property Address:**                           *3100 Angus Drive N*
                                                                      *Mobile, Alabama 36606*

Dear Mr. Riemer:

   This letter is in response to your correspondence dated August 13, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

   Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

   Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge her receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

   We trust that this responds to your concerns.

Sincerely,

*Courtney Takahashi*
Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosure



August 13, 2007                                                                                                  *Via Federal Express*

Kenneth Riemer, Esq.
Kenneth J. Riemer Attorney at Law
166 Government Street, Suite 100
Mobile, Alabama 36602

Re:   **Borrowers:**                                  *Willie & Shirley Chaney*
      **Ameriquest Loan Number Ending In:**  *XXXXXXX382*
      **Property Address:**                        *1108 Greenway Dr E.*
                                                              *Mobile, Alabama 36608*

Dear Mr. Riemer:

This letter is in response to your correspondence dated June 21, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest Mortgage Company and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your clients' loan file.

We also attach your clients' payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower(s).

We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II



August 31, 2007                                              *Via Federal Express*

Kenneth Riemer, Esq.
Kenneth J. Riemer Attorney at Law
166 Government Street, Suite 100
Mobile, Alabama 36602

Re:   **Borrowers:**                                  **Robert & Deborah Coburn**
      **Ameriquest Loan Number Ending In:**   **XXXXXXX429**
      **Property Address:**                         **9061 Brushfire Circle**
                                                            **Semmes, AL 36575**

Dear Mr. Riemer:

This letter is in response to your correspondence dated August 30, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company of Ameriquest Mortgage Company and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your clients and that they executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> "Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."

We trust that this responds to your concerns.

Sincerely,

*Sabrina Lemmon*
Legal Analyst II

**ACC**

August 9, 2007                                              *Via Federal Express*

Kenneth J. Riemer, Esq.
166 Government Street, Suite 100
Mobile, Alabama 36602

*Re:*  *Borrower:*                            *Gladys Fuller*
       *Ameriquest Loan Number Ending In:*  *xxxxxx7043*
       *Property Address:*                    *1410 Goodmand Avenue*
                                              *Mobile, Alabama 36605*

Dear Mr. Riemer:

This letter is in response to your correspondence dated August 3, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she and Clarence Fuller executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your client's rescission request.

Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your client's loan file.

We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

*[signature: Courtney Takahashi]*
Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures

**ACC**[SM]

August 6, 2007                                                            <u>*Via Federal Express*</u>

Kenneth J. Riemer, Esq.
166 Government Street, Suite 100
Mobile, Alabama 36602

*Re:*   **Borrowers:**                          ***Willie Mitchell and Lisa Mitchell***
       ***Ameriquest Loan Number Ending In:*** *xxxxxx6503*
       ***Property Address:***                 *6415 Leflore Drive*
                                               *Mobile, Alabama 36608*

Dear Mr. Riemer:

This letter is in response to your correspondence dated August 2, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

Please note that ACC Capital Holdings is the parent company to Ameriquest and is responding on their behalf.

Our review of your clients' transaction confirms that all material disclosures were accurately provided to your client and that they executed the attached Lender's copy of the *Notice of Right to Cancel* to acknowledge their receipt of two (2) completed copies of the document each. Accordingly, we respectfully deny your clients' rescission request.

Pursuant to your request, we are enclosing a copy of your clients' account history from its inception to the present. The accounting includes, but is not limited to, the amounts submitted by your clients, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. Additionally, we attach a copy of your clients' loan file.

We also attach your clients' payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

We respectfully decline your request for copies of internal communications or agreements between Ameriquest and any third parties, as they are confidential and proprietary in nature.

We trust that this responds to your concerns.

Sincerely,

*Courtney Takahashi*
Courtney Takahashi
Legal Analyst II
ACC Capital Holdings

Enclosures

ACC CAPITAL HOLDINGS CORPORATION
1100 Town & Country Road, Suite 1200 • Orange, CA 92868 • phone: 714.558.5355

**ACC**SM

August 31, 2007 <u>*Via Federal Express*</u>

Kenneth Riemer, Esq.
Kenneth J. Riemer Attorney at Law
166 Government Street, Suite 100
Mobile, Alabama 36602

Re:   **Borrowers:**                                **Angela Tardie**
      **Ameriquest Loan Number Ending In:** **XXXXXXX526**
      **Property Address:**                   **14152 Boothtown Rd**
                                               **Citronelle, AL 36522**

Dear Mr. Riemer:

      This letter is in response to your correspondence dated August 28, 2007 which purports to rescind the loan referenced above on the basis that Ameriquest Mortgage Company ("Ameriquest") did not comply with the Truth in Lending Act.

      Please note that ACC Capital Holdings is the parent company of Ameriquest Mortgage Company and is responding on their behalf.

      Our review of your client's transaction confirms that all material disclosures were accurately provided to your client and that she executed the Lender's copy of the *Notice of Right to Cancel* to acknowledge her receipt of two (2) completed copies of the document. Accordingly, we respectfully deny your client's rescission request.

      Please note that Ameriquest provides customers with a seven calendar day rescission period, which runs concurrently with the three-day rescission period required by Federal Law. The One Week Cancellation Period states:

> *"Ameriquest Mortgage Company believes that a loan secured by you home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advise and/or shop for a loan that you believe suits you better, we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you."*

      Pursuant to your request, we are enclosing a copy of your client's account history from its inception to the present. The accounting includes but is not limited to the amounts submitted by your client, and the portions of those payments that were applied to principal and interest, and amounts in suspense, if any. We also attach a copy of your client's loan file.

      We also attach your client's payoff statement for your reference. If you should need a revised payoff statement in the future, please fax the request directly to our Payoff Department at (714) 347-5239, along with signed authorization from the borrower.

      We respectfully decline your request for copies of internal communications or agreements between Ameriquest Mortgage Company and any third parties, as they are confidential and proprietary in nature.

      We trust that this responds to your concerns.

Sincerely,

Sabrina Lemmon
Legal Analyst II