# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00623–KD–M

| | |
|---|---|
| Burrell et al v. Ameriquest Mortgage Company | Date Filed: 09/05/2007 |
| Assigned to: Judge Kristi K. DuBose | Date Terminated: 11/15/2007 |
| Referred to: Magistrate Judge Bert W. Milling, Jr | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Janice Burrell**     represented by     **Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Fuller**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Chaney**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Chaney**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Tardie**     represented by     **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Coburn**     represented by

          **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Coburn**    represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Mitchell**    represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Mitchell**    represented by    **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | **James Donnie Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Kenneth J. Riemer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **Ameriquest Mortgage Company** | represented by | **Stephen James Bumgarner**<br>Burr &Forman LLP<br>3400 Wachovia Tower<br>420 North 20th Street<br>Birmingham, AL 35203<br>205–458–5355<br>Fax: 205–244–5611<br>Email: sbumgarn@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2007 | 1 | COMPLAINT against Ameriquest Mortgage Company ( Filing fee $350 receipt number 514536, Online Credit Card Payment), filed by Shirley Chaney, Willie Chaney, Angela Tardie, Robert Coburn, Deborah Coburn, Janice Burrell, Lisa Mitchell, Willie Mitchell, Gladys Fuller. (Attachments: # 1 Exhibit Summons # 2 Civil Cover Sheet) (Underwood, Earl) (Entered: 09/05/2007) |
| 09/06/2007 | 2 | Summons Issued as to Ameriquest Mortgage Company to plaintiff's counsel for service. (mca) (Entered: 09/06/2007) |
| 09/07/2007 | 3 | NOTICE of Appearance by James Donnie Patterson on behalf of Shirley Chaney, Willie Chaney, Angela Tardie, Robert Coburn, Deborah Coburn, Janice Burrell, Lisa Mitchell, Willie Mitchell, Gladys Fuller (Patterson, James) (Entered: 09/07/2007) |
| 09/17/2007 | 4 | RETURN OF SERVICE of Summons served 09/14/2007 as to Ameriquest Mortgage Company (Attachments: # 1 Exhibit Certified Mail Return Receipt) (Underwood, Earl) (Entered: 09/17/2007) |
| 09/17/2007 |  | Answer due from Ameriquest Mortgage Company on 10/4/2007. (cmj) (Entered: 09/18/2007) |
| 10/04/2007 | 5 | MOTION to Dismiss by Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/04/2007) |
| 10/04/2007 | 6 | Brief re 5 MOTION to Dismiss. (Attachments: # 1 Exhibit A–L) (Bumgarner, Stephen) (Entered: 10/04/2007) |
| 10/05/2007 | 7 | PRELIMINARY SCHEDULING ORDER enteredRule 26 Meeting Report due by 11/19/2007.. Signed by Judge Bert W. Milling Jr. on 10/5/07. (Attachments: # 1 consent |

| | | |
|---|---|---|
| | | (cmj) (Entered: 10/05/2007) |
| 10/05/2007 | 8 | Order Setting Motion Deadline re: 5 MOTION to Dismiss filed by Ameriquest Mortgage Company Responses due by 10/18/2007. Signed by Judge Kristi K. DuBose on 10/5/07. (cmj) (Entered: 10/05/2007) |
| 10/17/2007 | 9 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company. (Bumgarner, Stephen) (Entered: 10/17/2007) |
| 10/18/2007 | 10 | RESPONSE in Opposition re 5 MOTION to Dismiss filed by Shirley Chaney, Willie Chaney, Angela Tardie, Robert Coburn, Deborah Coburn, Janice Burrell, Lisa Mitchell, Willie Mitchell, Gladys Fuller. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Underwood, Earl) (Entered: 10/18/2007) |
| 11/15/2007 | 11 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District electronically via ECF Transfer (cmj) (Entered: 11/15/2007) |